# UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA
## CIVIL COVER SHEET

**I (a) PLAINTIFFS** (Check box if you are representing yourself ☐)
National Lawyers Guild, Evencio Olivares Gonzalez, et al.

**DEFENDANTS**
see attached

(b) County of Residence of First Listed Plaintiff (Except in U.S. Plaintiff Cases):
Los Angeles County

County of Residence of First Listed Defendant (In U.S. Plaintiff Cases Only):
Washington DC

(c) Attorneys (Firm Name, Address and Telephone Number. If you are representing yourself, provide same.)
see attached

Attorneys (If Known)

**II. BASIS OF JURISDICTION** (Place an X in one box only.)

☐ 1 U.S. Government Plaintiff
☐ 3 Federal Question (U.S. Government Not a Party)
☑ 2 U.S. Government Defendant
☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES** - For Diversity Cases Only (Place an X in one box for plaintiff and one for defendant.)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business in this State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business in Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

**IV. ORIGIN** (Place an X in one box only.)

☑ 1 Original Proceeding ☐ 2 Removed from State Court ☐ 3 Remanded from Appellate Court ☐ 4 Reinstated or Reopened ☐ 5 Transferred from another district (specify): ☐ 6 Multi-District Litigation ☐ 7 Appeal to District Judge from Magistrate Judge

**V. REQUESTED IN COMPLAINT: JURY DEMAND:** ☐ Yes ☑ No (Check 'Yes' only if demanded in complaint.)

**CLASS ACTION under F.R.C.P. 23:** ☐ Yes ☐ No ☐ **MONEY DEMANDED IN COMPLAINT: $**__________

**VI. CAUSE OF ACTION** (Cite the U.S. Civil Statute under which you are filing and write a brief statement of cause. Do not cite jurisdictional statutes unless diversity.)
5 U.S.C 706: this suit challenges unlawful agency action.

**VII. NATURE OF SUIT** (Place an X in one box only.)

**OTHER STATUTES**
☐ 400 State Reapportionment
☐ 410 Antitrust
☐ 430 Banks and Banking
☐ 450 Commerce/ICC Rates/etc.
☐ 460 Deportation
☐ 470 Racketeer Influenced and Corrupt Organizations
☐ 480 Consumer Credit
☐ 490 Cable/Sat TV
☐ 810 Selective Service
☐ 850 Securities/Commodities /Exchange
☐ 875 Customer Challenge 12 USC 3410
☐ 890 Other Statutory Actions
☐ 891 Agricultural Act
☐ 892 Economic Stabilization Act
☐ 893 Environmental Matters
☐ 894 Energy Allocation Act
☐ 895 Freedom of Info. Act
☐ 900 Appeal of Fee Determination Under Equal Access to Justice
☐ 950 Constitutionality of State Statutes

**CONTRACT**
☐ 110 Insurance
☐ 120 Marine
☐ 130 Miller Act
☐ 140 Negotiable Instrument
☐ 150 Recovery of Overpayment & Enforcement of Judgment
☐ 151 Medicare Act
☐ 152 Recovery of Defaulted Student Loan (Excl. Veterans)
☐ 153 Recovery of Overpayment of Veteran's Benefits
☐ 160 Stockholders' Suits
☐ 190 Other Contract
☐ 195 Contract Product Liability
☐ 196 Franchise

**REAL PROPERTY**
☐ 210 Land Condemnation
☐ 220 Foreclosure
☐ 230 Rent Lease & Ejectment
☐ 240 Torts to Land
☐ 245 Tort Product Liability
☐ 290 All Other Real Property

**TORTS — PERSONAL INJURY**
☐ 310 Airplane
☐ 315 Airplane Product Liability
☐ 320 Assault, Libel & Slander
☐ 330 Fed. Employers' Liability
☐ 340 Marine
☐ 345 Marine Product Liability
☐ 350 Motor Vehicle
☐ 355 Motor Vehicle Product Liability
☐ 360 Other Personal Injury
☐ 362 Personal Injury-Med Malpractice
☐ 365 Personal Injury-Product Liability
☐ 368 Asbestos Personal Injury Product Liability

**TORTS — PERSONAL PROPERTY**
☐ 370 Other Fraud
☐ 371 Truth in Lending
☐ 380 Other Personal Property Damage
☐ 385 Property Damage Product Liability

**BANKRUPTCY**
☐ 422 Appeal 28 USC 158
☐ 423 Withdrawal 28 USC 157

**CIVIL RIGHTS**
☐ 441 Voting
☐ 442 Employment
☐ 443 Housing/Accommodations
☐ 444 Welfare
☐ 445 American with Disabilities - Employment
☐ 446 American with Disabilities - Other
☑ 440 Other Civil Rights

**PRISONER PETITIONS**
☐ 510 Motions to Vacate Sentence Habeas Corpus
☐ 530 General
☐ 535 Death Penalty
☐ 540 Mandamus/ Other
☐ 550 Civil Rights
☐ 555 Prison Condition

**FORFEITURE / PENALTY**
☐ 610 Agriculture
☐ 620 Other Food & Drug
☐ 625 Drug Related Seizure of Property 21 USC 881
☐ 630 Liquor Laws
☐ 640 R.R. & Truck
☐ 650 Airline Regs
☐ 660 Occupational Safety /Health
☐ 690 Other

**LABOR**
☐ 710 Fair Labor Standards Act
☐ 720 Labor/Mgmt. Relations
☐ 730 Labor/Mgmt. Reporting & Disclosure Act
☐ 740 Railway Labor Act
☐ 790 Other Labor Litigation
☐ 791 Empl. Ret. Inc. Security Act

**PROPERTY RIGHTS**
☐ 820 Copyrights
☐ 830 Patent
☐ 840 Trademark

**SOCIAL SECURITY**
☐ 861 HIA (1395ff)
☐ 862 Black Lung (923)
☐ 863 DIWC/DIWW (405(g))
☐ 864 SSID Title XVI
☐ 865 RSI (405(g))

**FEDERAL TAX SUITS**
☐ 870 Taxes (U.S. Plaintiff or Defendant)
☐ 871 IRS-Third Party 26 USC 7609

**VIII(a). IDENTICAL CASES:** Has this action been previously filed and dismissed, remanded or closed? ☑ No ☐ Yes

If yes, list case number(s):

**FOR OFFICE USE ONLY:** Case Number: __________



CV08-01000

# UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA
## CIVIL COVER SHEET

**AFTER COMPLETING THE FRONT SIDE OF FORM CV-71, COMPLETE THE INFORMATION REQUESTED BELOW.**

**VIII(b). RELATED CASES:** Have any cases been previously filed that are related to the present case? ☑ No ☐ Yes

If yes, list case number(s): ____________________

**Civil cases are deemed related if a previously filed case and the present case:**

(Check all boxes that apply)
- ☐ A. Arise from the same or closely related transactions, happenings, or events; or
- ☐ B. Call for determination of the same or substantially related or similar questions of law and fact; or
- ☐ C. For other reasons would entail substantial duplication of labor if heard by different judges; or
- ☐ D. Involve the same patent, trademark or copyright, and one of the factors identified above in a, b or c also is present.

**IX. VENUE:** List the California County, or State if other than California, in which **EACH** named plaintiff resides (Use an additional sheet if necessary)

☐ Check here if the U.S. government, its agencies or employees is a named plaintiff.

Los Angeles County

List the California County, or State if other than California, in which **EACH** named defendant resides. (Use an additional sheet if necessary).

☑ Check here if the U.S. government, its agencies or employees is a named defendant.

Los Angeles County, Washington DC

List the **California County**, or State if other than California, in which **EACH** claim arose. (Use an additional sheet if necessary)

**Note:** In land condemnation cases, use the location of the tract of land involved.

Los Angeles County

**X. SIGNATURE OF ATTORNEY (OR PRO PER):** [signature] **Date** 2/14/08

**Notice to Counsel/Parties:** The CV-71 (JS-44) Civil Cover Sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law. This form, approved by the Judicial Conference of the United States in September 1974, is required pursuant to Local Rule 3-1 is not filed but is used by the Clerk of the Court for the purpose of statistics, venue and initiating the civil docket sheet. (For more detailed instructions, see separate instructions sheet.)

Key to Statistical codes relating to Social Security Cases:

| Nature of Suit Code | Abbreviation | Substantive Statement of Cause of Action |
|---|---|---|
| 861 | HIA | All claims for health insurance benefits (Medicare) under Title 18, Part A, of the Social Security Act, as amended. Also, include claims by hospitals, skilled nursing facilities, etc., for certification as providers of services under the program. (42 U.S.C. 1935FF(b)) |
| 862 | BL | All claims for "Black Lung" benefits under Title 4, Part B, of the Federal Coal Mine Health and Safety Act of 1969. (30 U.S.C. 923) |
| 863 | DIWC | All claims filed by insured workers for disability insurance benefits under Title 2 of the Social Security Act, as amended; plus all claims filed for child's insurance benefits based on disability. (42 U.S.C. 405(g)) |
| 863 | DIWW | All claims filed for widows or widowers insurance benefits based on disability under Title 2 of the Social Security Act, as amended. (42 U.S.C. 405(g)) |
| 864 | SSID | All claims for supplemental security income payments based upon disability filed under Title 16 of the Social Security Act, as amended. |
| 865 | RSI | All claims for retirement (old age) and survivors benefits under Title 2 of the Social Security Act, as amended. (42 U.S.C. (g)) |

**Defendants:**

MICHAEL CHERTOFF, Secretary, Department of Homeland Security; JULIE L. MYERS, Assistant Secretary, U.S. Immigration and Customs Enforcement; JAMES T. HAYES, Field Office Director, U.S. Immigration and Customs Enforcement; DINA ROMERO, JAMIE HOLT, JANET SHANKS Officers, U.S. Immigration and Customs Enforcement

**Attorneys for Plaintiffs:**

AHILAN T. ARULANANTHAM (SBN 237841)
NORA A. PRECIADO (SBN 239235)
PETER J. ELIASBERG (SBN 189110)
ACLU FOUNDATION OF
SOUTHERN CALIFORNIA
1616 Beverly Boulevard
Los Angeles, California 90026
Tel: (213) 977-9500, x224
Fax: (213) 250-3919
Email: aarulanantham@aclu-sc.org

MARC VAN DER HOUT (SBN 80778)
STACY TOLCHIN (SBN 217431)
VAN DER HOUT, BRIGAGLIANO
& NIGHTINGALE, LLP
634 S. Spring Street, Suite 720
Los Angeles, CA 90014
Phone: (213) 622-7450
Facsimile: (213) 622-7233
Email: ndca@vblaw.com

LINTON JOAQUIN (SBN 73547)
KAREN C. TUMLIN (SBN 234691)
MARIELENA HINCAPIE (SBN 188191)
NATIONAL IMMIGRATION LAW
CENTER
3435 Wilshire Blvd., Suite 2850
Los Angeles, CA 90010
Tel: (213) 639-3900
Fax: (213) 639-3911
Email: Joaquin@nilc.org

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| National Lawyers Guild; (see attachment)<br><br>PLAINTIFF(S)<br>v.<br>Michael Chertoff, Secretary, Department of Homeland Security; (see attachment)<br><br>DEFENDANT(S). | CASE NUMBER<br>CV08-01000 GW (SHx)<br><br>**SUMMONS** |

TO: DEFENDANT(S): ______________________

A lawsuit has been filed against you.

Within 60 days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached ☑ complaint ☐ ____________ amended complaint ☐ counterclaim ☐ cross-claim or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, Ahilan T. Arulanantham, whose address is ACLU of Southern California, 1616 Beverly Boulevard, Los Angeles, CA 90026. If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Clerk, U.S. District Court

Dated: FEB 14 2008

By: [signature]
Deputy Clerk

*(Seal of the Court)*

*[Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States. Allowed 60 days by Rule 12(a)(3)].*

AHILAN T. ARULANANTHAM (SBN 237841)
NORA A. PRECIADO (SBN 239235)
PETER J. ELIASBERG (SBN 189110)
ACLU FOUNDATION OF
SOUTHERN CALIFORNIA
1616 Beverly Boulevard
Los Angeles, California 90026
Tel: (213) 977-9500, x224
Fax: (213) 250-3919
Email: aarulanantham@aclu-sc.org

MARC VAN DER HOUT (SBN 80778)
STACY TOLCHIN (SBN 217431)
VAN DER HOUT, BRIGAGLIANO
& NIGHTINGALE, LLP
634 S. Spring Street, Suite 720
Los Angeles, CA 90014
Phone: (213) 622-7450
Facsimile: (213) 622-7233
Email: ndca@vblaw.com

Attorneys for Plaintiffs
(See next page for additional counsel)

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

NATIONAL LAWYERS GUILD; and EVENCIO OLIVARES GONZALEZ, Individually and on behalf of all others similarly situated,

Plaintiffs,

vs.

MICHAEL CHERTOFF, Secretary, Department of Homeland Security; JULIE L. MYERS, Assistant Secretary, U.S. Immigration and Customs Enforcement; JAMES T. HAYES, Field Office Director, U.S. Immigration and Customs Enforcement; DINA ROMERO, JAMIE HOLT, JANET SHANKS Officers, U.S. Immigration and Customs Enforcement,

Defendants.

CASE NO.

**COMPLAINT FOR DECLARATORY AND INJUNCTIVE RELIEF**

FILED

2008 FEB 14 AM 8:54

CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES

BY ____________

AHILAN T. ARULANANTHAM (SBN 237841)
NORA A. PRECIADO (SBN 239235)
PETER J. ELIASBERG (SBN 189110)
ACLU FOUNDATION OF
SOUTHERN CALIFORNIA
1616 Beverly Boulevard
Los Angeles, California 90026
Tel: (213) 977-9500, x224
Fax: (213) 250-3919
Email: aarulanantham@aclu-sc.org

MARC VAN DER HOUT (SBN 80778)
STACY TOLCHIN (SBN 217431)
VAN DER HOUT, BRIGAGLIANO
& NIGHTINGALE, LLP
634 S. Spring Street, Suite 720
Los Angeles, CA 90014
Phone: (213) 622-7450
Facsimile: (213) 622-7233
Email: ndca@vblaw.com

Attorneys for Plaintiffs
(See next page for additional counsel)

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NATIONAL LAWYERS GUILD; and EVENCIO OLIVARES GONZALEZ, Individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>MICHAEL CHERTOFF, Secretary, Department of Homeland Security; JULIE L. MYERS, Assistant Secretary, U.S. Immigration and Customs Enforcement; JAMES T. HAYES, Field Office Director, U.S. Immigration and Customs Enforcement; DINA ROMERO, JAMIE HOLT, JANET SHANKS Officers, U.S. Immigration and Customs Enforcement,<br><br>Defendants. | CASE NO. CV08-01000 GW (SHx)<br><br>**COMPLAINT FOR DECLARATORY AND INJUNCTIVE RELIEF** |

LINTON JOAQUIN (SBN 73547)
KAREN C. TUMLIN (SBN 234691)
MARIELENA HINCAPIE (SBN 188191)
NATIONAL IMMIGRATION LAW CENTER
3435 Wilshire Blvd., Suite 2850
Los Angeles, CA 90010
Tel: (213) 639-3900
Fax: (213) 639-3911
Email: Joaquin@nilc.org

## I. INTRODUCTORY STATEMENT

1. This case involves an attempt to vindicate one of the basic procedural protections afforded by our system of law – the right to counsel. Over one hundred residents of Los Angeles County were arrested in a raid by immigration authorities on Thursday, February 7, 2008, at a factory in the San Fernando Valley. Many of those arrested were released within one or two days of arrest, but then ordered to report for an interview with immigration officials.

2. Plaintiff National Lawyers Guild (NLG) is a group of attorneys who have offered to provide free legal representation at these interviews to those arrested in the raid. Plaintiff Evencio Olivares was arrested in the raid and has an interview scheduled shortly, at which an attorney from the NLG has agreed to represent him. However, when NLG attorneys attempted to represent their clients at the interviews over the last three days, the government barred the attorneys from being present at the interviews, and then attempted to elicit statements from the interviewees that could be used against them in immigration proceedings. Having already been arrested in a frightening workplace raid and detained for several hours, many interviewees are understandably fearful of submitting to further interrogation by immigration officials without the presence of an attorney.

3. Plaintiffs seek this Court's protection to stop this illegal government practice. Long-standing and fundamental principles of administrative law, as well as a controlling immigration regulation, establish that the government may not bar attorneys at the door when they seek to represent their clients in interviews with immigration officials.

## II. JURISDICTION AND VENUE

4. This court has jurisdiction over this case under the general federal question statute, 28 U.S.C. 1331. Because the federal questions here involve agency action, the scope of the Court's authority under Section 1331 is dictated by the Administrative Procedure Act. See 5 U.S.C. 706 (establishing cause of action in

federal court to "hold unlawful and set aside agency action, findings, and conclusions found to be . . . in excess of statutory jurisdiction, authority, or limitations, or short of statutory right [or] without observance of procedure required by law."). To the extent that Plaintiffs are detained by the federal government during the interview, this Court also has jurisdiction under the general federal habeas statute. 28 U.S.C. 2241(c)(1).

5. This Court has the authority to grant injunctive and declaratory relief pursuant to 28 U.S.C. 1331, 5 U.S.C. 706, 28 U.S.C. 2241, and the Declaratory Judgment Act, 28 U.S.C. 2201 and 2202. A substantial, actual, and continuing controversy exists between the parties.

6. Venue is proper pursuant to 28 U.S.C. 1391(b)(2) and (e)(2) because a substantial part of the events or omissions giving rise to the claims occurred in this district.

## III. PARTIES

7. Plaintiff Evencio Olivares Gonzalez, is a resident of Los Angeles County who was arrested in the raid that took place on February 7, 2008. He has been ordered to report for an interview with immigration officials in the next two days.

8. Plaintiff National Lawyers Guild (NLG) is an organization of attorneys who have agreed to provide free legal assistance to people detained in the raid, and in particular to provide free representation to people at their interviews with immigration officials. Attorneys from the NLG represent people scheduled for interviews in the next two weeks.

9. Defendant Michael Chertoff is the Secretary of the Department of Homeland Security and as such is ultimately responsible for the policies of Immigration and Customs Enforcement ("ICE").

10. Defendant Julie Myers is the Assistant Secretary of Homeland Security for ICE. As such, she is responsible for its policies and for the enforcement of immigration laws nationwide.

11. Defendant James Hayes is the Field Office Director for the Los Angeles District of the United States ICE Division of the Department of Homeland Security. He is responsible for the enforcement of the immigration laws within this district, and for ensuring that ICE officials follow the agency's policies and procedures.

12. Defendant Dina Romero is an ICE officer working at the ICE building located at 300 North Los Angeles Street in downtown Los Angeles. She communicated to attorney Susan Alva the order barring attorneys from representing their clients at the interviews at issue in this case. Upon information and belief, she had apparent authority to issue that order.

13. Defendant Jamie Holt is an ICE officer working at the ICE building located at 300 North Los Angeles Street in downtown Los Angeles. She barred an NLG attorney from representing a client at an immigration interview.

14. Defendant Janet Shanks is an ICE officer working at the ICE building located at 300 North Los Angeles Street in downtown Los Angeles. She barred an NLG attorney from representing a client at an immigration interview.

15. All defendants are sued in their official capacities.

## IV. FACTUAL ALLEGATIONS

16. Over one hundred residents of Los Angeles County were arrested in a raid by immigration authorities on Thursday, February 7, 2008, at a factory in the San Fernando Valley.

17. Many of those arrested, including Plaintiff Olivares, were released within a few days of arrest but then ordered to report for an interview for further processing.

18. A group of attorneys from Plaintiff National Lawyers Guild has offered to provide free legal assistance to those arrested in the raid. As part of that offer, they have agreed to represent those arrested at their immigration interviews. Plaintiff Olivares is one of the people represented by these attorneys, and is

scheduled for an interview in the next few days.

19. When attorneys from the group attempted to represent their clients at interviews over the last three days, ICE officials barred the attorneys from being present at the interviews. As a result, attorneys from Plaintiff NLG reasonably fear that they will be barred from representing their clients in the future, and Plaintiff Olivares fears that he will be denied the assistance of counsel at his interview.

20. Plaintiff Olivares desires the assistance of counsel both because they desire the reassurance afforded by counsel's presence and because people already subject to interviews have reportedly been asked a number of questions designed to obtain evidence for use against them in deportation proceedings.

## V. CLAIMS FOR RELIEF

### Count I: Violation of Administrative Procedure Act

(Injunctive and Declaratory Relief)

21. Plaintiffs incorporate paragraphs 1-20 of this complaint as if fully set forth here.

22. Defendants' acts of preventing attorneys from representing their clients at the interviews at issue in this case violate Section 555(b) of the Administrative Procedure Act.

### Count II: Violation of Immigration and Nationality Act

(Injunctive and Declaratory Relief)

23. Plaintiffs incorporate paragraphs 1-22 of this complaint as if fully set forth here.

24. Defendants' acts of preventing attorneys from representing their clients at the interviews at issue in this case violate 8 C.F.R. § 292.5, and the statutory authority from which that regulation derives, 8 U.S.C. 1103.

///

///

**Count III: Fifth Amendment Due Process**

(Injunctive and Declaratory Relief for All Class Members)

25. Plaintiffs incorporate paragraphs 1-24 of this complaint as if fully set forth here.

26. Defendants' acts of preventing attorneys from representing their clients at the interviews at issue in this case violate the Fifth Amendment's Due Process Clause.

**PRAYER FOR RELIEF**

WHEREFORE, Plaintiffs respectfully request that this Court enter judgment in their favor as follows:

a. Taking jurisdiction over this complaint;

b. Declaring that the actions and practices of Defendants described above constitute violations of federal regulatory, statutory, and constitutional law;

c. Permanently enjoining Defendants and their directors, officers, agents, and employees from preventing attorneys from representing their clients at the interviews at issue in this case;

d. Awarding Plaintiffs their expenses, costs, fees, and other disbursements associated with the filing and maintenance of this action, including reasonable attorneys' fees pursuant to any applicable provision of law;

///

///

///

///

///

///

///

e. Awarding such other equitable and further relief as the Court deems just and proper.

Dated: February 14, 2008

Respectfully submitted,

AHILAN T. ARULANANTHAM
NORA A. PRECIADO
ACLU FOUNDATION OF SOUTHERN CALIFORNIA

By: [signature]
Ahilan T. Arulanantham
Attorney for Plaintiffs

MARC VAN DER HOUT
STACY TOLCHIN
VAN DER HOUT, BRIGAGLIANO & NIGHTINGALE, LLP

LINTON JOAQUIN
MARIELENA HINCAPIE
KAREN C. TUMLIN
NATIONAL IMMIGRATION LAW CENTER